NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re: **SCHOTT GEMTRON CORPORATION**,
*Petitioner*

2015-133

On Petition for Writ of Mandamus to the United States Patent and Trademark Office in No. IPR2013-00358.

**ON PETITION**

Per Curiam.

**O R D E R**

SCHOTT Gemtron Corporation submits a petition for writ of mandamus to present certain arguments if the merits panel determines that the arguments may not be raised in its pending appeal, No. 2015-1073.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) SSW Holding Company, Inc. and the Director of the U.S. Patent and Trademark Office are directed to respond to the petition within 14 days of the date of this order. Because of the related nature of the arguments in

2                    IN RE: SCHOTT GEMTRON CORPORATION

the petition and on appeal, any response should be limited to 12 pages. Any reply from SCHOTT is due within 21 days of the date of this order, and is limited to 6 pages.

    (2) The petition is deferred for consideration by the merits panel assigned to hear No. 2015-1073. A copy of this order, the petition, responses, and any reply shall be transmitted to the merits panel in No. 2015-1073.

                                                              FOR THE COURT

                                          /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk of Court

s8